IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHEET METAL WORKERS' HEALTH & WELFARE FUND OF LOCAL NO. 19, et al.<br>1301 South Columbus Boulevard<br>Philadelphia, PA  19147<br><br>v.<br><br>AC GENTRY<br>6631 Wyncote Avenue<br>Philadelphia, PA 19138<br><br>Defendant. | CIVIL ACTION<br><br>NO. 2:18-cv-00789-CDJ |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal rule of Civil Procedure 41(a), Plaintiffs hereby dismiss the above-captioned action against **AC GENTRY**, without prejudice.

Respectfully submitted,

**SPEAR WILDERMAN, P.C.**

BY: _____
NICHOLAS J. BOTTA
230 South Broad Street, Suite 1400
Philadelphia, PA 19102
(215) 732-0101
Attorney for Plaintiffs

Dated:  April 9, 2018